☒ FILED    ☐ LODGED

**APR 16 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

_Shawn Charles Goff #186716_
Name and Prisoner/Booking Number

_Arizona State Prison Complex-Lewis_
Place of Confinement

_Rast-Max Unit, P.O. BOX 3600_
Mailing Address

_Buckeye, AZ 85326_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_Shawn Charles Goff, et al._,
(Full Name of Plaintiff)

Plaintiff(s),

v.

(1) _Trinity Services Group, et al._,
(Full Name of Defendant)

(2) _Keefe Commissary Network, LLC._,

(3) _David Shinn_,

(4) _Amber Puckett_,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-670-PHX-DLR (JFM)

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

_Jury Trial Demanded_

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: _ASPC-Lewis, Rast-Max Unit, Buckley Rast Units,_
    _Buckeye, AZ._

Revised 3/11/16                                    1                                    **550/555**

I-A

PLAINTIFF'S CONTINUED

(2) Cleveland Yarrow Cook #207197

(3) Dino J. Bennetti #085442

(4) Steven A. Benavidez #190420

(5) Matt Lester #262478

(6) Elias M.N. Holquin #242753

(7) Johnny Portillo #168816

(8) Tonatiuh Aguilar #164186

## B.  DEFENDANTS

1.   Name of first Defendant: _Tricity_ ~~Food Service~~ _Food Service_ _____.   The first Defendant is employed
as: _contract food service, provider_ _____ at _ASPC-Lewis & ADCRR_ _____.
(Position and Title)                                                    (Institution)

2.   Name of second Defendant: _Keefe Commissary Network_.   The second Defendant is employed as:
as: _contract commissary service provider_ _____ at _ASPC-Lewis & ADCRR_ _____.
(Position and Title)                                                    (Institution)

3.   Name of third Defendant: _Amber Puckett_ _____.   The third Defendant is employed
as: _Contract Facility Health Administrator_ at _ASPC-Lewis_ _____.
(Position and Title)                                                    (Institution)

4.   Name of fourth Defendant: _William R. Thomas_ _____.   The fourth Defendant is employed
as: _Senior Chaplain_ _____ at _ASPC-Lewis_ _____.
(Position and Title)                                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?        ☑ Yes        ☐ No

2.   If yes, how many lawsuits have you filed? _Six_____.   Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.   Parties: _Shawn Goff_ _____ v. _Thompson, et al._
      2.   Court and case number: _CV-20-00853-PHX-DLR (JFM)_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Still pending_
      _____.

   b.  Second prior lawsuit:
      1.   Parties: _Shawn Goff_ _____ v. _Rode, et al._ _____
      2.   Court and case number: _CV-20-01284-PHX-DLR (JFM)_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Still pending_
      _____.

   c.  Third prior lawsuit:
      1.   Parties: _Shawn Goff_ _____ v. _Skinn, et al._ _____
      2.   Court and case number: _CV-20-01286-PHX-DLR (JFM)_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Still pending_
      _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

2-A

## C. PREVIOUS LAWSUITS Continued

d. Fourth prior lawsuit:
   1. Parties: Shawn Goff v. Centurion, et al.
   2. Court and case number: CV-20-01287-PHX-DLR (JFM).
   3. Result: Still pending.

e. Fifth prior lawsuit:
   1. Parties: Shawn Goff v. Trinity Services Group, et al.
   2. Court and case number: CV-20-01288-PHX-DLR (JFM).
   3. Result: Still pending

f. Sixth prior lawsuit:
   1. Parties: Shawn Goff v. Kimble, et al.
   2. Court and case number: CV-20-01392-PHX-DLR (JFM).
   3. Result: Dismissed.

g. Seventh prior lawsuit:
   1. Parties: Shawn Goff v. Anthony Coleman, et al.
   2. Court and case number: CV-20-01557-PHX-DLR (JFM).
   3. Result: Still pending.

## D.  CAUSE OF ACTION

## COUNT I

1.  State the constitutional or other federal civil right that was violated: _8th Amendment: Cruel & Unusual Punishment; Conditions of Confinement; Deliberate Indifference; Equal Protection; Failure To Protect; Lack of Nutrition; Due Process_

2.  **Count I.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☑ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care

☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation

☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

1  1) I'm an approved & recognized Wiccan religious practitioner by ADC. 2) I was approved for my Ovo-
2  Lacto Vegetarian Diet on 3-30-2007. 3) I was forced to become a Lacto only diet in 2008 (Ovo-
3  means egg products, & Lacto-means dairy products). 4) I was forced to become a Vegan Diet
4  (no animal products at all) in 2012. And "formal" denotement of "making" me "vegan" wasn't
5  done until 10-16-2017 under fraudulent terms outlined in Count II. 5) I was forced to bece-
6  me a Common Fare Diet (this diet combines Kosher & Vegan Diets) on 8-1-2020 without due
7  process, & in direct violation of my Constitutional rights (this includes section 1-5 above. & all that
8  follows in this complaint). 6) Trinity Services Group (hereafter 'Trinity') has been shorting all meals in
9  ADC since it became Contract Food Service Provider 14 yrs. ago. 7) Keefe Commissary Network (here-
10  after 'Keefe') is not only the parent company of Trinity, but also serves &/or sells items that literally
11  cause health problems that any trained dietician, nutritionist, or clinician on or retained by
12  its company(ies) &/or subsidiaries, its staff, can, would, or will eventually cause various cancers,
13  autoimmune diseases, dimentia (due to the methyl- & propylperabens, sulfites, dyes, silicodes,
14  carcinogers found in all processed meat&soy products, as well as in processed grains, dairy, &
15  other animal products, & in many synthetic additives), heart disease, diabetes, strokes, hypert-
16  ension, disability, immune function drops, mental/psychiatric (ADD, ADHD, Cognition, behavior problems,

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

17  Inadequacy of nutritious food with proper vitamins, minerals, omega-3 fatty acids, antioxidants,
18  etc., as recommended by FDA caused unnecessary weight loss (as proved in medical records May - Sept.
19  2019), & severe joint pain, bone & ligament degeratation at knees at least, & potential known cancer-
20  risk/probability (See CV's 20-01286, 01287 - PHX-DLR(JFM).]

5.  **Administrative Remedies:**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☑ Yes    ☐ No

b.  Did you submit a request for administrative relief on Count I?      ☑ Yes    ☐ No

c.  Did you appeal your request for relief on Count I to the highest level?      ☑ Yes    ☐ No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

_____.

3

3-A
Count I continued

1 etc.) problems, & literally countless more. Plaintiff reserves the right to include, bring up at a later date,

2 time, etc. any & all additional scientific information &/or scientific experts. Otherwise known as Evid-

3 ence Based Nutrition. 8) As the Common Fare Diet combines both Vegan & Kosher diets, Plaintiff will

4 argue on behalf of both (as well includes a log detailing list of literal daily shortages for the

5 entire month of November, 2020, which includes dates & times of shortages, the ADCRR staff me-

6 mber present at time, & an abbreviation answer key) as we are shorted the same meals

7 each & every day. 9) ~~████████████████████████~~ the Vegan diet Plaintiff's been

8 forced to be on since 2012 has routinely been shorted by Trinity staff while Plaintiff's resided

9 at both Buckley & Rast Unit at ASPC-Lewis. Trinity staff & Unit Managers, routinely don't make,

10 even refuse(d) to make hummus, follow diet menu & dietary requirements in order to cut costs/

11 save money &/or to make up for losses &/or thefts. Trinity literally refused to make hummus from

12 ~~████~~ December, 2014 (when Rast-Max Unit opened) until November 23, 2019 (when Plaintiff

13 had to hold his trap so that an ICS could be called & a supervisor arrive to address said

14 issue. Lt. Hobbs is said supervisor who arrived during incident on 11-22-2019 & got Trinity to

15 begin making hummus on 11-23-2019. Plaintiff received disciplinary sanctions for this) when

16 Lt. Hobbs got Kitchen to finally make hummus after 5 yrs. of ¼ & ½ cups of beans. Hummus is

17 listed as 1 cup portion on menu (1 cup is 8 fluid or volume ounces). Up until 8-1-2020 I was

18 supposed to receive 1 cup of hummus daily. 10) From arrival at ASPC-Lewis, Rast-Max Unit

19 on 5-8-2020, Plaintiff went from 178 lbs. upon arrival, to 160 lbs. by September, 2020, all

20 documented by medical staff who require weigh-ins every time we go to medical. I am

21 6 ft. tall & 38 yrs. old. 11) Poor nutrition's prevalent because Trinity staff refuse fruit to

22 only Max custody inmates, to make Vegan meals according to actual menu, & instead give

23 plain rice, pasta, boiled potatoes & pinto beans for 2/3 of Vegan meals. Even though lentil, black,

24 Kidney, garbonzo, & other beans are called for, as well as onions, garlic, mustard, salsa,

25 vinegarette dressings, etc., are called for to obtain more complex calories that include

26 vitamins & minerals. 12) I'm required to drink a "fortified calcium beverage packet" to receive

3-B Count 1 Continued

1 many key vitamins & minerals not provided by food, & is hard on digestive system, liver, &

2 Kidneys as these were meant to be extracted by digestive tract from whole, & not synth-

3 ketic foods or supplements. I receive 8 slices of white bread daily. Only one to two servings

4 daily of vegetables (the minimum requirement daily by the Food & Drug Administration

5 (hereafter FDA) is 8-1/2 cup or 4 oz. servings a day. That's 8 servings of a 1/2 cup each daily.

6 13) Dept. Order-912: Food Service promises that defendants "shall monitor, maintain,

7 & provide visually appealing & nutritionally adequate food/meals". And "proper portions

8 of food". Not fortified beverage packets in place of vegetables & fruits just because it

9 is cheaper/cuts costs, & thereby introduces harmful chemicals & synthetics that

10 the body cannot process & derive proper amounts of nutrients from. 14) Trinity gives less

11 portions listed in menus for two reasons: a) Because inmates, & occasionally staff,

12 who work for Trinity routinely steal food, & Trinity makes up that loss by shorting all

13 meals because Protective Custody inmates are a small overall population & less able/

14 willing to congregate to cause trouble in standing up for ourselves. b) Trinity gives

15 bonuses to employees who save it money by using less materials each month, quarter,

16 & year. Just review the meal items purchased & served on any General Population

17 Unit (non-PC), or the video cameras on all units across state & the disparities

18 become obvious. 15) My rice, beans, potatoes, & vegetables are routinely rancid &/or

19 fermenting as I've repeatedly brought to C.O.'s & Trinity staff's attentions. This is to

20 include, but not limited to, shortages, improper/inadequate items, soy products cont-

21 aining high carcinogen level, & processed meats & other foods, which are known to cau-

22 se colon & stomache cancers, heart disease, diabetes, Alzheimers, Atherosclerosis, obesity,

23 reduced longevity, etc., etc: Informal Complaint ~~[struck]~~ to COIII Balogun, filed 10-9-2017, detailing that

24 the liquid smoke added to BBQ sauce & soy protein contain carcinogens which cause both

25 stomache & colon cancers, as well as many other cancers/diseases; Grievance filed

26 on 10-25-2017 detailing the same; Informal Complaint to COIII Balogun on 11-20-2017 that

## 3-C Count 1 Continued

1  outlined Trinity staff member Barra stating that religious diets, henceforth, are
2  to be limited in such a way as to make the diets unpalatable & so lacking in nutri-
3  tion that I/we would no longer wish to retain a religious diet.; Inmate Letter to
4  Chaplain William R. Thomas on 8-14-2018 requesting clarification on what I, as
5  a forced & not a voluntary vegan, was allowed to purchase from Keefe Commissary, as
6  Vegans' diets are taken for purchasing/accepting egg, dairy, or meat products.; Chaplain
7  Thomas's response to Inmate Letter on 8-28-2018.; Informal Complaint to COIII
8  Kozora on 9-10-2019 detailing Trinity's refusal to make hummus, shorting portions
9  , fact that I'm an Ovo-Lacto Vegetarian Diet, not Vegan, lack of essential vitamins
10  & minerals nutrition, etc.; Grievance to COIV Morris on 9-30-2019 detailing same as
11  Informal Complaint dated 9-10-2019.; Grievance Appeal to ADC Director on 10-18-2019
12  detailing denial of religious preference & otherwise same as Informal Complaint
13  & Grievance dates 9-10-2019 & 9-30-2019 respectively.; Inmate Letter to COIII
14  Kozora dated 11-13-2019, & with her handwritten response dated 11-19-2019, detail-
15  ing Trinity shorting daily 1 cup of hummus to a 1/2/half cup of hummus (which was
16  not corrected at all even after Lt. Hobbs got Trinity to begin making hummus on 11-
17  23-2019, excepting for one full day. Otherwise it's just 1/2 a cup of plain beans.), & it's
18  only been right for one day. This includes my weight loss. Kozora states she called
19  Paul Smith (Food Service Liason).; COIII Kozora's second response, dated 11-19-2019
20  as well, detailing that Trinity staff advising her that I'm receiving proper amount
21  of hummus (I was not, just 1/2 cup of beans. Ergo trap was held on 11-22-2019).; Inmate
22  Letter to COIII Kozora on 11-24-2019 detailing no hummus, again, & that I gave
23  copy of Vegan Diet Menu to COII's Braveheart & Ramos to show Trinity staff wh-
24  at I'm supposed to get & Trinity staff literally confiscated my Vegan Diet Menu. I
25  asked that my menu be replaced. No response.; Informal Complaint to COIII Tro-
26  man on 11-3-2020 detailing again being forced to become a Common Fare Diet.

## 3-D Count 1 Continued

1  This diet combines Vegans & Koshers into same diet & strips our food even more.

2  Trinity & ADCRR instituted diet on 8-1-2020 & has cut the hummus to 2 two ounce

3  containers from the original 2 three ounce containers it had the first 4 weeks of

4  diet. CFD (Common Fare Diet, hereafter CFD) first hummus was called Zee Zee's & was 3 oz.

5  (85 grams), & we received 2 of them. CFD's second hummus was called Lilly's & was 2 oz. (57

6  grams), & we received 2 of them, too. On 10-24-2020 Trinity took hummus entirely (menu lists

7  hummus) & began giving ¼, ⅓, & ½ cup of beans (plain) only. Just a ½ cup, or a ¼, or a ⅓, not

8  all 3. (Mind you I started with a full cup as a Vegan.), On Tuesdays & Thursdays we're listed

9  on CFD menu as receiving 2 cups of beans. Trinity only gives us one cup. On Sundays, with

10  TV dinner, we're listed on CFD menu to receive 1 cup of beans. Trinity only gives half a

11  cup. CFD menu lists 2 oz. of peanut butter Mon., Wed., Fri., Sat. morning (& 3 oz. Sat. evening).

12  & Sun. Trinity gives one (or 1½ oz. on Sat. evening) each time. As a Vegan I received 4 oz. As a

13  CFD I'm listed as half of that, & get a ¼. Kosher's began as receiving 3 three inch in

14  diameter cookies twice daily & 2 milks. Trinity now (as CFD) gave us 2 three inch dia-

15  meter cookies the first 4 wks, we now get two 1½ inch diameter creme cookies

16  instead per lunch & dinner (literally half), & 2 Vegan mixes (drinks) in place of milks,

17  but still with 2 cups of cereal as Kosher's received before (it should be noted that Trinit-

18  y never shorts the 2 cups of cereal). Trinity now serves TV dinners Mon. Wed., Fri., Sun.

19  which contain soy meat, rice, potatoes, pasta, beans (pinto only), green beans, ~~corn~~ corn (&

20  corn's not a vegetable. It's a grain.), or mixed vegetables (including corn). Soy causes

21  cancer because of its high carcinogen content. We get Soy Salami on Tue. & Thurs.

22  Average of 2 servings of vegetables daily, & ~~rarely~~ never receive salt which is a key electrolyte

23  & helps brain send signals.; Grievance to CO III Morris on 11-20-2020 detailing same as

24  Informal Complaint dated 11-3-2020; Grievance Appeal to ADCRR Director on 12-11-2020

25  (Grievance case # 20-023952). 16) High carbohydrate diets (as all ADCRR prisoners receive) also

26  cause cancer, heart disease, diabetes, Osteoarthritis, Atherosclerosis, high/low blood pressure

3-E Count 1 Continued

1. low immune function, autoimmune deficiencies/disease, reduced longevity, osteoporosis, chronic
2. pain, dementia, memory loss, sleep deprivation, Alzheimer's disease, & so very much more.
3. All carbohydrates are converted into glucose (sugar) by the body for calories (not-complex)
4. which's literally no different than eating candy, drinking soda, or pastries in the same
5. caloric value. This is supported in the findings of the FDA, Journal of Alzheimer's Disease
6. Dr. Michael Greger's report to the FDA in late 2019 (discussed in Nutrition Facts Podcast in
7. 2020, June 4), American Institute for Cancer Research (about processed meats & soy), Amer-
8. ican Cancer Society, Global Burden of Disease Study, Bill & Melinda Gates Foundation (found
9. that the number one killer in the U.S. is the American diet of processed foods), How Not To
10. Die cookbook by Michael Greger M.D., The Longevity Paradox by Dr. Steven Gundry, Memory
11. Rescue: Bright Minds by Dr. Daniel Amen, Dr. Mark Hyman (author of UltraMind Solution), Dr.
12. Lisa Mosconi (author of Brain Food) (it should be noted that gluten & sugar(s)/carbohydrates
13. are toxic to the brain long term, resulting in low/diminished cognition & explains why many
14. criminals are criminals. Do you really want to release inmates with all of these preventable
15. problems?), Dr. Austin Perlmutter (author of Brain Wash), Fiber Fueled by Dr. Will Bulsiewicz, Dr.
16. Alan Preston (professor of epidemiology & biostatistics). 17) Plaintiff reserves the right to call as
17. Expert Witnesses any of the above name professionals, doctors, nutritionists, experts, & scientists,
18. their works, papers, books, video or audio files, lectures, reports, reviews, or like information or
19. materials. 18) Plaintiff, general population, medical diets, & Combined Vegan & Kosher (FD meals are
20. lacking phospholipids, Omeg-3's, antioxidants, astazantin, phospholipids, avocados, dark leafy greens
21. (these are full of microfiber/nutrients, antioxidants, etc, (3 servings a day), extra virgin olive oil, blue-
22. berries, cruciferous vegetables, dark chocolate (contains flavinols), nuts (peanuts, cashews, & sun-
23. flower seeds are best for you. Almonds, pistachios, pinenuts, walnuts, pecans, hazel nuts, etc.,
24. are good for you, & especially vegetarians), seeds (pumpkin, flax seeds - Due to the 75% less of DHA in
25. processing ground flax seed, you absorb less it unground, vegetarians must eat much more of
26. this or any non-animal proteins to get equivalent benefits - 75% more.), must consume 4 grams

3-F Court 1 Continued

1  of DHA daily to derive benefits. 19) Plaintiff reserves the right to include/argue additional

2  nutritional information in later proceedings up to & including trial. 20) Minimum vitamin & min-

3  eral requirements are: A-900 mg/d, C-90 mg/d, D-15 mg/d, E-15 mg/d, K-120 mg/d, Thiamin-1.2 mg/d,

4  Riboflavin-1.3 mg/d, Niacin-16 mg/d, B6-1.3 mg/d, Folate-400 µg/d, B12-2.4 µg/d (this vitamin is

5  only found in meat in prison, vegetarians are only given supplements derived from animals violati-

6  ng religious strictures), Pantothenic Acid - 5 mg/d, Biotin-30 µg/d, Choline- 550 mg/d, Calcium-

7  1,800 mg (derived from ground animal bones usually, violating vegetarians religious strictures),

8  Chromium-25 µg, Copper-900 µg, Flouride- 4 mg, Iodine-150 µg, Iron-18 mg, Magnesium-420 mg,

9  Manganese-1.8 mg, Molybdenum - 45 µg, Phosphorus - 700 mg, Selenium-55 µg, Zinc-

10  11 mg. Many of these vitamins, minerals, antioxidants, Omega-3's, fidosterols, sesame seeds,

11  tahini, flax seeds, macadamia nuts, almonds, dark chocolate (85% pure), etc., are not in any of the

12  meals served by Trinity/Keefe. This's because, generally, whole, natural, healthy foods tend to

13  cost more money. 20) Whole, natural, plants & other foods, without pesticides or other chemicals,

14  leads to fully functional brains, bodies, & populations. Refined grains, sugars, & processed meat & soy

15  products cause all previously listed ailments & decreased life-spans. Costing prisons & society

16  hundreds of millions per state each year. It's cheaper to invest in healthy diets & education.

17  21) Do the Courts or prisons/ADCRR actually believe that poor nutrition, shortened life-span, & the

18  causing of cancers/diseases are merely the by-products of incarceration? Part of the punis-

19  hments for crime? If so, why incarcerate? Just sentence us to x-amount of years' poor

20  diet, that will knock 15-20 yrs. off our life spans. To incarcerate us for the time designated

21  to repay our debts to society, & time off yrs. later in life is double jeopardy at its truest sense.

22  22) It should also be noted that dairy products destroy your microbiome, the cell layer in

23  your gut that's only one cell layer thick, & is your immune system. Trinity needs to include

24  pre & probiotics for both micro & macrobiomes. 23) Because Plaintiff cannot fairly or adequ-

25  ately represent class, he reaffirms his requests to this Court his motions for Class Action

26  Certification & To Appoint Counsel to represent us/him. 24) The log of shorted meals by

<u>3-G Count 1 Continued</u>

1. Trinity is verified by COII line staff numbering around two dozen, & Lt.'s Cheti & Valenzuela.
2. This brings forth Plaintiff's request for a preliminary Injunction to enforce Trinity/Keefe
3. to follow its own meal plans/menus for all diets/meals & to protect Plaintiff, & Plaintiff's fellow
4. protected class members, from future/further harm. 25) Same listed CO's in Log of Shorted
5. Meals By Trinity will also testify to giving Plaintiff left over/extra food to make up for
6. Trinity's deliberate shortages. 26) Plaintiff's also including an individually signed set
7. of declarants willing to testify to Trinity/Keefe violating our Constitutional rights by
8. shorting our meals. These individuals are largely uneducated, unwilling to sacrifice
9. money for visits, phone calls, hygiene & writing supplies, & commissary food items to pay
10. their own individual lawsuits. They've agreed to sign this declaration, & testify, in hopes
11. that they can obtain help from this Court to hold Defendants accountable. 27) CFHA
12. Amber Puckett is tasked by Dept. Order-117. 1.1.1 to have "administrative oversight of
13. inmate health care, which shall include diagnosis; care & treatment; prevention & educat-
14. ion in the areas of physical, mental, dental, environmental health, clinical dietetics &
15. nutrition." This's done once a week ⚓ with institution Warden, & must publish minutes
16. of each monthly Medical Advisory Committee Meeting & provide copies to all attend-
17. ees & the Assistant Director for Health Services Contract Monitoring Bureau. 117. 3.2.
18. 28) It should be noted that Plaintiff lives in a pod of 24 people, including Plaintiff, with only
19. access to this pod, & look at number of signatures & diversity of diets/meal plans. Pod cameras
20. can verify all incidents listed in Log of Shorted Meals by Trinity. 29) Knop v. Johnson, 667 F.Supp.
21. 512, 525 (W.D. Mich. 1987), aff'd in pertinent part, 977 F.2d 996, 1000 (6th Cir. 1992); Keenan v. Hall,
22. 83 F.3d 1083, 1091 (9th Cir. 1996), amended, 135 F3d 1318 (9th Cir. 1998); Leeds v. Watson, 630 F.2d 674,
23. 676 (9th Cir. 1980); Rust v. Grammer, 858 F.2d 411, 414 (8th Cir. 1988); Waring v. Meachum, 175 F.Supp.
24. 2d 230, 239-40 (D. Conn. 2001); Benjamin v. Fraser, 343 F.3d 35, 56 (2d Cir. 2003). 30) Declarants
25. Elias M.N. Holguin #242753, Johnny Portillo #168816, & Tonatiuh Aguilar #164186 intend
26. to file & join my suit as soon as they've exhausted internal remedies (takes 2½ months)

PB= peanut butter
S&P= Salt & Pepper
military time is used          November, 2020  Log of Skipped Meals by Trinity (days 1-30)

1. @ 07:20 no peanut butter & no hummus (COII Silva) & 2 small cookies in both meals

2. @ 07:12 no hummus day 10 (COII Rux) 2 small crème cookies both meals

3. @ 14:38 two half cups of beans (COII Ballowe), no salt/pepper, ½ portion margarine, 2 small cookies.

4. @ 06:58 ½ portion peanut butter, 2 small cookies, no sugars. @ 14:10 ½ portion margarine, 2 small cookies, no salt/pepper,

5. @ 13:00 half portion of beans (@½ cup baggies x2) (COII Ballowe #7975). @ 07:14 2 small cookies no sugars/sweeteners, 2 small cookies, no salt/pepper

6. @ 06:54 no hummus, 1 oz. PB, 2 small cookies, no sweetener (COII Ayers & Ballowe)

7. @ 06:53 no hummus, 1oz. PB, 2 small cookie (@14:45 1½ oz of PB for dinner. COII Ballowe, present both times).  14:45

8. @ 08:40 no Common Fare Diet at all (Kitchen refused to make more COII Reiz said).

9. @ 07:50 no hummus, sugar/sweeteners, 1oz PB (COII Solis), 2 small cookies.

10. @ 07:54 one cookie (COII Otero), @ 14:45 one cookie, one margarine (COII Mayers called Kitchen) one cup beans in ½ portion baggies
    Lt. Valenzuela called Kitch (Trinity) w/o resolution.

11. @ 07:10 - 09:45 no PB, hummus, veggies, cookies (COII's Osuna & w/Juarez)

12. @ 14:38 two baggies of beans a ½ cup each (COII Ballowe), & 2 small cookies, no salt & pepper.

13. @ 06:58 no hummus, 1oz PB (COII Atkinson), 2 small cookies.  COII Romero

14. @ 07:11 no hummus, 1oz AB (COII Pichtas). @ 18:56 no Common Fare Diets at (just regular lunch sacks w/ meat).  COII Ferrall was present all

15. @ 17:21 ½ cup beans, 2 small cookies.

16. @ 07:51 no hummus, PB, veggies, snack, sugar/sweetener (COII Espinoza, Jr.) @ 17:25 no hot tray, ½ cup beans  2 small cookies both meals. "Hot" trays will not be served says Trinity.   as told to Lt. Cheti by Trinity.

17. @ 15:26 no margarine, salt or pepper, & only a ½ a cup of beans (menu says 2 cups) (COII Figaroa) no sugars.   on 11-16-2020 Trinity said hot trays were changing, that only Sat, Sun, Tue, & Thurs, would be hot trays As told to Lt. Cheti.

18. @ 07:08 no PB, no hummus cups (COII Fuentes & Ballowe) & no sugars, 2 small cookies both meals.

19. @ 05:38 no Vegan salami, no jelly (COII Quest) & no sugar or coffee, 2 small cookies both meals.

20. @ 07:28 no hummus (COII Ballowe), 2 small cookies (x2 meals).

21. @ 16:15 only 1½ oz PB (peanut butter) instead of the 3 oz. listed on diet menu (COII Ayers), 2 small cookies.

22. @ 07:48 no hummus (gave a ¼ cup of beans instead) 2 small cookies. @ 18:09 2 small cookies & no salt & pepper.

23. @ 07:45 no hummus (just ½ cup beans), 1oz. PB, 1oz jelly (COII Mayers), 2 small cookies.

24. @ 07:23 no Vegan salami, sugars, & 2 small cookies (COII Perditos) @ 17:04 ¾ cup beans, no butter, or s&p (COII Bower)

25. @ 07:34 no hummus, snack, 4 slices bread, veggies, or 2 cookies, & 1 oz. jelly (COII Rangers) @ 15:57 no butter or s&p (COII Mayers)  08:20

26. @ 09:17 no sunflower butter, Vegan salami (no substitution for salami). @ 15:36 no Thanksgiving or hanced meal  2 small cookies both meals  (COII ___ Torres)

27. @ 06:50 no hummus (only 2 table spoons of beans) (COII ___ Torres), 2 small cookies.  COII Ballowe

28. @ 06:51 no hummus (only 2 tablespoons of beans) (COII Torres), @ 16:25 1½ oz. peanut butter (3 oz. is on menu) cookies.  Torres   COII Ballowe  2 small

29. @ 05:30 no hummus (just 1½ table spoons of beans), 1 oz Peanut butter. @ 16:05 no 1 cup of beans (Kitchen refused). cookies.  (COII's Mayers & Rux)  2 small

30. @ 08:41 no hummus or PB (peanut butter) (COII Leahy) & ¼ cup vegetable, 2 small cookies.  (plain beans in place of hummus)

3.1 Count 1 continued

| Printed Name of Inmate & # | Signature | Type of Meal/Diet |
|---|---|---|
| 1 Shawn C. Goff #186746 | Shawn Goff | Common Fare/Vegan Diet |
| 2 Elias M.N Holguin #242753 | Elias mn Holguin | General population meal |
| 3 Jonathan Aguilar #164186 | Tony Aguilar | GP Meal |
| 4 JOHNNY PORTILLO #1088116 | Johnny Portillo | |
| 5 Joshua Speedlink # 336807 | | - GP MEAL |
| 6 Storm R. Collins #334615 | Storm Callig | - General Population Meal |
| 7 Jonathan, G. Sanchez #290428 | Ant | GP Meal |
| 8 Eddie Zamora 1088246 | | GP Meal |
| 9 STEVEN BENAVIDEZ 190420 | | AZTEC DIET |
| 10 Alex M. Padilla #193254 | | |
| 11 BARRIENTE, A . #185571 | | |
| 12 LESTER, MATT #262478 | | COMMON FARE DIET |
| 13 Baeza CHRIS 139946 | | GP MEal |
| 14 Leif JONES #186256 | regular Meals | |
| 15 LAIRD Kenneth # 107029 | | Allergy deet (No onions) |
| 16 WILLIAM MCDOWELL #119612 | William McDowel | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |

24 We, the above signed declarants, do declare under penalty of perjury pursuant to 28 U.S.C.

25 §1746, that the foregoing is true & correct, that we are currently housed at ASPC-Lewis, Rast

26 Max Unit, P.O. BOX 3600, Buckeye, AZ. 85326, on December 6, 2020.

## 3-J   Court 1 Continued

1  And inmates Cleveland Yarrow Cook #207197, Dino J. Bennetti #085442, Steven A.

2  Benavidez #190420, & Matt Lester #262478 are all Common Fare Diets along with

3  Plaintiff, & also wish to file suit & join with Plaintiff's lawsuit for same reasons

4  already recounted. 31) Since both Trinity & Keefe took over both commissary & food

5  services they've collectively been stripping away healthy food products originally

6  provided in inmate meals, & sold in commissary, for ever cheaper, more processed

7  foods in an effort to condense diets & regular meals to make them easier, cheaper,

8  & less likely to be stolen by their own workers in order for themselves & ADC to cut/

9  save costs & thereby make more profits. Serving zero penological security interest

10  & sacrificing real vitamin & mineral nutrition to achieve it. This's led to massive

11  health degeneration in Plaintiff's joints, teeth, & bones (see CV's-20-01236, &

12  01237-PHX-DLR (JFM) to verify toll on Plaintiff), not to mention the explosion

13  of Type 2 Diabetes, heart disease, mental disorders, etc., etc., which all coincid-

14  es with Trinity's & Keefe's take overs as providers from ADC. And a review of

15  health care providers' health care lists of chronic care inmates will easily prove.

16  Another reason to certify class & appoint counsel as the Court will not allow

17  Plaintiff to review these necessary files in order to prove cause & effect

18  correlation, & ultimately save the health & lives of inmates in ADC custody. And

19  promote rehabilitation of healthy minds & bodies that will have better cognitive

20  reasoning skill. Which's the whole point, right? 32) Improving nutrition with Evidence

21  Based Nutritional Science (EBNS) improves the physical, emotional, & mental health

22  of inmates as a whole, lessening their burden(s) upon society by reducing over-

23  all recidivism. These experts deal in exactly that: Dr. Steven Gundry's the

24  Plant Paradox & Diet Evolution, Dr. William Li's Eat to Beat Disease, Dr. David

25  Sinclair's Lifespan, Dr. Cate Shanahan's Deep Nutrition & The Fatburn Fix, Dr.

26  Rangan Chatterjee's How to Make Disease Disappear & The Stress Solution, Dr.

27  Christiane Northrup, Natalie Jill, Mark Sisson, Jeff Bercovici, Ozzie Smith, Jay

28  Ferruggia, are all just a fraction of the experts that Shawn Stevenson has

## 3-K Court 1 Continued

1. compiled in regards to the epidemic of people dying from preventable illnesses
2. due to an ultra-processed food diet. Dr. Cate Shanahan's proven that vege-
3. table & seed oils which are added to _all_ processed foods (which are in
4. every single food item given/sold to inmates in ADC) are literally poisons
5. that act over years & cause preventable diseases & premature deaths. The
6. same has been found by the Journal of the American Medical Association
7. (JAMA), Dr. Daniel Amen, Dr. Michael Greger, Dr. Steven Gundry, American
8. Diabetes Research Foundation, The Bill & Melinda Gates Foundation, & so
9. very many more. We are what we eat, & we're being shorted actual basic
10. nutrition in order to save a dollar. 33) On 3-13-2021 Plaintiff & numerous
11. other Common Fare Diets began a hunger strike because of Trinity taking
12. so much of our food: they took the hummus in October, 2020, give one
13. serving of margarine (menu lists 2), just review pages 3-C & 3D of Complaint
14. to see what Trinity's taken, & ADC's ordered CO's to refuse to take Trinity to
15. task for. Even to refuse to sign Grievances in an attempt to quash issues of
16. shorting our needs. ADC's colluding! At any rate Plaintiff maintained hunger
17. strike from 3-13-2021 through 3-15-2021, documented it through Health
18. Needs Request (HNR) to medical, with Inmate Letter to COIII R. Garcia, another
19. to Lt. O'Halloran (in presence of COIII Garcia, Sgt. Cordova, COII Pietrasik, &
20. other unknown CO's, including COII Pierce. Sgt. Cordova came to my cell
21. on 3-15-2021 with COII Espinoza, Jr., & threatened to place me on suicide
22. Watch if I didn't stop. Knowing that I cannot have any legal access to
23. the Court, let alone clothing, property, hygiene, etc., on suicide watch I
24. chose to accept food after 3 days on strike. Sgt. Cordova told me that our
25. hummus was gone, to just accept it. I disagreed, of course. On 3-16-2021 a
26. COII went pod to pod with a Common Fare Diet list asking all on list if we
27. were continuing strike. It's how I discovered I wasn't the only CFD on
28. hunger strike. On 3-17-2021 ADC & Trinity gave all CFD's our two 3 oz

## 3-L Count 1 Continued

1  Zee Zee's Hummus Cups back after refusing to give them to us since October,
2  2021, even though CFD menu continued listing them 5 days each week. We,
3  the CFD's, are still being shorted everything else listed within complaint, in
4  addition to being shorted our "fortified beverage" packets containing
5  Calcium, Zinc, Vitamins A,B,E, & Magnesium for the last 3 months (since
6  January, 2021). We're only given one 3 oz hummus cup on Sat. & Sun. We've
7  only ever received ~~celery~~ celery (75% of all ~~veggies~~ vegetables), carrots (15% of
8  veggies), & salad (10% of veggies) even though menu lists bell/green peppers,
9  tomatoes, onions, summer squash, or other seasonal vegetables I have not
10  seen anything but celery, carrots, & lettuce since 2012. And that's because
11  the vegetables we've never received are more expensive, while celery, lettuce,
12  & carrots are cheaper. Celery's cheapest & has zero caloric value, it's only
13  nutritional content is vitamin K-C. Menu also lists daily snacks as sunflower
14  Seeds, ~~roasted~~ Roasted chickpeas, or corn chips, & we may go weeks receiving only chips
15  because they're cheaper than the other two snacks, & ~~less~~ have less nutrition. 34) Plaintiff
16  wishes to stress that Defendants are doing this deliberately. I've kept a very
17  detailed Log of Shorted Meals by Trinity (with collusion of ADC as refusing to hold
18  Trinity to their own menus) from November through the present. Page 3-H of
19  Complaint is just one example. 35) Plaintiff wishes to consolidate case No. CV-20-
20  01288-PHX-DLR (JFM) as they are both arising out of the same ongoing issues
21  exactly. Pursuant to Rule 42 (a)(1)(2)(3), Fed. R. Civ.P, both cases arise/involve a comm-
22  on question of law or fact", & will avoid unnecessary cost or delay. Plaintiff also
23  currently has a version of this Complaint (listed as supplemental complaint) in
24  front of this court already, but cannot afford to wait any longer & get closer
25  to trial without inclusion of new violations by Defendants. There's also a discovery
26  dispute as Defendants have refused to produce any discovery to date. Motion
27  to Compel is being filed by Plaintiff now. 36) Beans contain harmful lectins which
28  must be pressure cooked to prevent lectins harming Plaintiff/inmates.

## COUNT II

1. State the constitutional or other federal civil right that was violated: _1st Amendment: Freedom of Religion; Due Process; Equal Protection; Failure To Protect; Deliberate Indifference; Forgery; Fraud_.

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☑ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1) Plaintiff's a recognized & approved both as a religious Wiccan & Ovo-Lacto Vegetarian. 2) On 4-15-2005 I was approved Wiccan; on 3-30-2007 I was approved Ovo-Lacto Vegetarian; In 2008 I was forced, against my will to become Lacto only Vegetarian; In 2012 I was forced to become a Vegan Diet against my will; On 10-16-2017 I was given a blank Diet Interview Worksheet, told to sign, did so, & the following week it was sent back with a paragraph detailing my supposed agreement to being a Vegan filled out in chaplain William R. Thomas's own hand writing, not my own. 3) Plaintiff had to cause an ICS to get chaplain Thomas to come back to my cell & agree to let me add a comments section declaring I'm not a Vegan, that I desire both egg & dairy products for use & part of my religious requirements, & that my religious rights are being infringed upon. 4) In my religious books titled Sabbats by Edain McCoy, it outlines that all food is to be whole, natural, & without chemicals or pesticides; it also deals with how food is to be cooked or baked, necessity of honey, eggs, & milk to be used in Sabbat Ritual Holiday offerings, & individual ritual offerings to Goddesses, Gods, sprites, gnomes, elves, dwarves, brownies, trolls, nereides/undines, dragons, the Sidhe Folk (or Fey/Fairy Folk), etc., etc. All are denied to Plaintiff & class members even though they all were previously available to use on the Ovo-Lacto Diet & ADC run Commissary. And were still available the first year Trinity/Keefe became our Contract Providers. 5) Within that year ADC, Trinity, & Keefe began stripping all above listed foods to condense & make diets easier, cheap, & less nutritious over-all. Serving no legitimate

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Denial of freedom to practice sincerely held beliefs as defined by U.S. Constitution, RLUIPA, Wiccan, & Jewish Orthodoxy. Neither is CFD in any Dept. Order or Director's Instruction according to Resource Library & 30 day posted Inmate Notification by ADCRR.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## 4-A  Count II Continued

1  penological security interest. 6) On 8-1-2020 Plaintiff was again forced to be placed on a
2  Common Fore Diet against my will. The CFD combines both Vegan & Kosher diets into same
3  diet/meal plan violating the Constitutional rights of both Vegans & Koshers. A Kosher's have
4  an Orthodox Kashrid Law detailing meat consumption, its preperation, & right to consume.
5  Pareve, also Orthodoxy, also does the same for dairy ▓▓▓ products. Denial of these is a
6  direct Religious Freedoms violation under Constitution. And serves no penological security
7  interest, it's done solely to cut/save costs. 8) Forcing a Wiccan to obey, adhere to, or to
8  consume Kosher items is rude, insulting, & offensive to my faith, deities, & sacred entities,
9  spirits, sprites, elves, dwarves, gnomes, Green-Men, mermaids/undines, dragons, etc., etc.,
10  as Yahweh, God, Allah (all same deity to Jews, christians, & Islam) declares that all unbelievers
11  are to be stoned, burnt, punished, harshly delt with before going to Hell. All of this's clearly out-
12  lined in both the Talmud (books of Jewish Law) & the Torah (first five books of the Old Testament
13  to Christians). Yahweh (Jewish unpronounceable name of God, known as the Tetragrammaton)
14  literally destroyed/murdered all human beings save 7 people (Noah & family), Sodom & Go-
15  morra, etc., etc., because he wasn't getting his way. He's a child throwing temper tantru-
16  ms, maniacle overlord, psycopath, pick your poison - he's a serial killer who demands
17  ~~true~~ love & obedience, or else. I have no deities like it/him. 9) This clearly violates my right
18  to freely practice & not have a Rabbi blessing my food in the name of his deity, with all
19  of said prayers/blessings' attendent protections/harms against Pagans/Wiccans (to them
20  we're all devil worshipers). Like myself. Trinity/Keefe & ADCRR are literally determing my
21  faith & how I practice it. Employment Division v. Smith, 494 U.S. 872, 877, 110 S. Ct. 1595 (1990);
22  Braunfeld v. Brown, 366 U.S. 599, 603, 81 S. Ct. 1144 (1961); Cruz v. Beto, 405 U.S. 319, 322 n. 2, 92
23  S. Ct. 1079 (1972); 42 U.S.C. § 2000 cc-5(7)(A). 42 U.S.C § 2000 bb-2(4).; Nelson v. Miller, 570 F.3d 868,
24  878-79 (7th Cit. 2009); Williams v. Bitner, 359 F. Supp. 2d 370, 376 (M.D. Pa 2005). 10) According to new
25  arrivals at ASPC-Lewis forced CFD of Kosher & Vegan is only done at ASPC-Lewis.

## E.  REQUEST FOR RELIEF

State the relief you are seeking: *Defendants are sued in their official & individual capacities. Plaintiff seeks declaratory & injunctive relief in the forms of implementation of whole, all natural foods, without dies, chemical or synthetic additives, with advisory of all listed experts/scientists in Court one. Discontinuation of all processed foods, minimum nutrition by said experts/scientists/Dr.'s in accord with separate Ovo-Lacto & Kosher diets rich in healthy fats, Omega-3's, nuts & seeds, 8 four oz. servings daily of vegetables & fruits, 60 or more grams of protein daily, antioxidant foods, cruciferous vegetables, all prepared in accordance with safe faith requirements, not corporate or institutional, & PET, SPECT, CT, MRI, fMRI, EEG, EKG, & CAT Scans to determine long term effects of diets to date. Punitive damages of $30,000,000 against Defendants, jointly & severally. Compensatory damages of $250,000 per Defendant, jointly & severally. Special Master appointed for 10 yrs. Recovery of all attorneys fees & costs incurred.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/16/2021
                     DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6