Shawn Charles Goff #186716
Name and Prisoner/Booking Number

ASPC-Lewis, Rast-Max Unit
Place of Confinement

P.O. BOX 3600
Mailing Address

Buckeye, AZ 85326
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED

**Apr 30 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Shawn Charles Goff
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Trinity Services Group, Inc.
(Full Name of Defendant)

(2) Keefe Commissary Network, LLC

(3) David Shinn

(4) Amber Puckett

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-00702-PHX-DLR(JFM)
(To be supplied by the Clerk)

JURY TRIAL DEMANDED
**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

JURY TRIAL DEMANDED
☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ASPC-Lewis, Rast, Buckley, & Rast Max Units Buckeye, AZ

Revised 12/1/20

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Trinity Services Group, Inc.__. The first Defendant is employed as: __food service provider__ (Position and Title) at __the Arizona Dept. of Corrections__ (Institution).

2. Name of second Defendant: __Keefe Commissary Network, LLC__. The second Defendant is employed as: as: __commissary provider (parent company of Trinity)__ (Position and Title) at __the Arizona Dept. of Corrections__ (Institution).

3. Name of third Defendant: __David Shinn__. The third Defendant is employed as: __Director__ (Position and Title) at __the Arizona Dept. of Corrections__ (Institution).

4. Name of fourth Defendant: __Amber Puckett__. The fourth Defendant is employed as: __Facility Health Administrator__ (Position and Title) at __ASPC-Lewis__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? __Seven__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Shawn Goff__ v. __Thomson, et al.__
      2. Court and case number: __CV-20-00853-PHX-DLR(JFM)__.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __still pending__

   b. Second prior lawsuit:
      1. Parties: __Shawn Goff__ v. __Rode, et al.__
      2. Court and case number: __CV-20-01284-PHX-DLR(JFM)__.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __still pending__

   c. Third prior lawsuit:
      1. Parties: __Shawn Goff__ v. __Shinn, et al.__
      2. Court and case number: __CV-20-01286-PHX-DLR(JFM)__.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Still pending__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

2-A

## B. DEFENDATS

d. Fourth prior lawsuit:
   1. Parties: Shawn Goff v. Centurion, et al.
   2. Court and case number: CV-20-01287-PHX-DLR(JFM).
   3. Result: Still pending.

e. Fifth prior lawsuit:
   1. Parties: Shawn Goff v. Trinity Food Service, et al.
   2. Court and case number: CV-20-01288-PHX-DLR(JFM).
   3. Result: Still pending.

f. Sixth prior lawsuit:
   1. Parties: Shawn Goff v. Kimble, et al.
   2. Court and case number: CV-20-01392-PHX-DLR(JFM).
   3. Result: Dismissed.

g. Seventh prior lawsuit:
   1. Parties: Shawn Goff v. Coleman, et al.
   2. Court and case number: CV-20-01557-PHX-DLR(JFM).
   3. Result: Still pending.

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>8th Amendment: Cruel & Unusual Punishment; Conditions of Confinement; Lack of Nutrition; Deliberate Indifference; Failure to Protect; Equal Protection; Due Process.</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1) Trinity Services Group, Inc. (hereafter "Trinity"), has been steadily & continuously stripping away nutritious, vitamin & mineral rich, foods at the direction & in collusion of the Directors of the Arizona Department of Corrections since Director Charles L. Ryan took over from previous Director Skirro, & both Keefe Commissary Network, LLC (hereafter "Keefe") & Trinity took over as providers to the Arizona Department of Corrections (hereafter "ADC"). 2) A complete research of records during the tenures of both Trinity & Keefe will prove that all menu changes resulting in the loss of more nutritious foods, with complex calories, to less nutritious foods that're almost entirely processed foods, with what's known as "empty" calories (little to no actual vitamin & mineral content), which are proven to cause various cancers, illnesses, cognitive decline, an absolute explosion of diabetes within the ADC, bone, joint, ligament, & tendon deterioration (due to low protein & zero foods containing collagen needed to repair these & other systems within the human body). 3) Keefe sells/provides products on its commissary lists that contain very harmful chemicals like methylparabens & propylparabens known to cause diminished brain functions. The Crowfood Shampoos provided to indigent inmates, of which Plaintiff is one, & is well known by medical researchers like Dr. Daniel Amen, Dr. Steven Gundry, Dr. Cate Shanahan, Dr. Lisa Mosconi, & many others. Trinity's nutritionists, dieticians, doctors, clinicians, (it should also be noted that Trinity's again arbitrarily taken hummus from the CFM as of 4-30-2021),

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Deliberate shorting of nutritious foods resulting in loss of key vitamins, minerals, & proteins, causing unnecessary weight loss, diabetic symptoms, inability to properly heal & fight off infection in upper jaw, or heal joint, bone, & ligament degeneration at knees, & increase in severe joint pain due to inability to properly heal &/or prevent further degeneration. Known potential cancer risks from processed foods.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

1 or other professionals will have the training & knowledge to know that the very
2 steady progression from foods rich in vitamins & minerals to foods low in them
3 would definitely be cheaper, raise company profits, & potentially cause greater
4 health problems among the inmates within ADC. Keefe is also the parent comp-
5 any of Trinity. 4) The ultra processed foods of both Trinity's & Keefe's services
6 provided to the ADC inmate population are well known to contain harmful
7 carcinogens which cause cancers (like all processed soy products & meat prod-
8 ucts), to include harmful pesticides used on vegetable, fruit, legume, & grain
9 crops, etc. 5) The sheer biological harm caused by ADC's, Trinity's, & Keefe's prod-
10 ucts to inmates, including Plaintiff, is overwhelmingly proven by Evidence Based
11 Nutritional Science (hereafter "EBNS"). The scientists & researchers who've done so
12 much to prove this, including those already named above, are: Dr. Michael
13 Greger's report to the FDA in late 2019 (from Nutrition Facts Podcast on June 4, 2020),
14 Dr. Mark Hyman, Dr. Austin Perlmutter, Dr. Will Balsiewicz, Dr. Alan Preston, Dr. David
15 Sinclair, Dr. William Li, Dr. Rangan Chatterjee, Dr. Christiane Northrup, Natalie Jill,
16 Mark Sisson, Jeff Bercovici, Shawn Stevenson (from The Model Health Show
17 Podcast), Ozzie Smith, Jay Ferruggia, the Journal of the American Medical
18 Association, American Diabetes Research Foundation, American Institute
19 for Cancer Research, Journal of Alzheimer's Disease, American Cancer Society,
20 Global Burden of Disease Study, Bill & Melinda Gates Foundation (found that
21 the number one killer in the U.S. is the American diet of processed foods), Food
22 & Drug Administration, & many others. 6) Trinity has continually been shorting
23 meals since Plaintiff filed his Complaint in CV-20-01288-PHX-DLR (JFM). Since
24 then Defendants Trinity & Keefe have obtained a Director's Instruction
25 to create the Common Fare Meal which combines Vegan & Kosher Diets into
26 the same diet. The Director's Instruction notice was posted in all living
27 areas throughout ADC from July 1, 2020 through August 1, 2020, when the
28 Common Fare Meal (hereafter "CFM") began. And is signed by ADCRR Director

1. David Shinn. 7) The CFM further reduces calories, both complex & empty calor-
2. ies, generally. And within the first 30 days Trinity began to take listed menu
3. items. We went from 2 three ounce hummus cups (already reduced from the
4. daily one, 8 liquid or volume ounce, hummus cup Plaintiff previously received
5. on the Vegan Diet), known as Zee Zee's Hummus, to 2 two ounce Lilly's Classic
6. Hummus cups. From September, 2020 to October, 2020, Trinity arbitrarily took
7. our hummus entirely & replaced them with a 1/4 cup (2 ounces) of plain beans
8. simply because it's cheaper. This has gone on since that time. Until, on 3-13-
9. 2021, Plaintiff & other CFM inmates went on Hunger Strike in an attempt to
10. get both ADC personnel & Defendants to follow their own menu. See, during
11. this same time Defendants arbitrarily also reduced, &/or outright took, our
12. our fruit & sugars & all sugar containing foods entirely, our beans from 2
13. cups on Tuesdays & Thursdays to 1 cup, & 1 cup of beans on Sundays to a 1/2
14. cup, 2 servings (tablespoons) of margarine have only ever been one serving, we
15. have never received our salt & pepper packets daily, our peanut butter on
16. Mondays, Wednesdays, Fridays, Saturdays, & Sundays is supposed to be 2
17. ounces in the morning (3 ounces on Saturday evenings) & is almost always
18. only half that, our "fortified" juice packets (since our food is made up of
19. mostly nutrient deficient bread, 8 slices at 60 calories per two slices, & cereal
20. & cookies, & chips (all made from processed corn, which's a grain & not a vegeta-
21. ble product) have gone from containing vitamins C, D, E, B-12 (which can only
22. be derived from animal products, ergo not Vegan), calcium, & Zinc to only
23. vitamins C & D due to it being cheaper. Our Hunger Strike ended on 3-16-2021,
24. after 3 days, because Sgt. Cordova came around & threatened to put us
25. all on Suicide Watch. Even though it's protected under the First Amend-
26. ment as a peaceful form of protest. Nonetheless all CFM's received our Zee
27. Zee's Hummus cups (2 three ounce cups) back on 3-17-2021. Though both
28. ADC & Trinity have continued to not correct the remaining items that

continue to be shorted by Defendants. This includes the CFM's cookies that went from 3 large (3 inch diameter) cookies, to 2 large cookies in September, 2020, to 2 small (one & a half inch diameter) cookies during same month & remains so to this day. CFM's also have a further reduction in our calories on Saturdays (our smallest meal day of our 7 day meal plan) & Sundays when we receive only one 3 ounce hummus cup each day. 8) CFM's only receive 2 meals each day, only 4 hot meals each week (TV dinners only), & all remaining meals are cold. 9) CFM menu lists many different types of vegetables, such as: "Fresh vegetables chosen from green scallions; carrots, green peppers, tomatoes, celery, onion, summer squash, or other seasonal vegetables as available". Plaintiff, all CFM's receive celery 75% of the time, carrots 15%, & lettuce 10% of the time only. Plaintiff's not seen any other kinds of vegetables since 2012. Defendants choose the celery, carrots, & lettuce because they're cheapest. Celery has no caloric value whatsoever. 10) CFM's only receive an average of 2 servings of vegetables per day. The Food & Drug Administration lists 8 four ounce servings of vegetables for adult males each day. Two of those servings may be fruit. No inmates receive that ever. Prior to Trinity & Keefe becoming providers for ADC we inmates used to receive at least 4 servings of fruits & vegetables each day, sometimes 5. A review of previous menus will easily prove this, for the Ovo-Lacto Diet, which's what Plaintiff originally signed up as, Vegetarianism, not Veganism. 11) Plaintiff's kept a detailed daily record of all CFM shortages since November, 2020 through the present listing dates, times, what was missing/shorted, & which COII is present each time so that pod cameras may be checked to verify. More than two dozen ADC personnel can verify all of the missing/shorted food items. 12) The reasons that the Defendants take from our meals/short what's listed on our menus is to 1) save costs, 2) make up for thefts by both inmates & employees employed by

1  Defendants, §3) Primarily to increase profits, generally. A look at Defendants'
2  records will easily prove that each new menu ever implented during their
3  collective tenures with the ADC also produced a decrease in costs of meals
4  & an increase in profits. All serving no advancement in inmates' nutrition, but
5  decreased nutrition, serving no penological security interest. 13) Following
6  is a list of essential vitamins & minerals for adult males daily by the
7  Food & Drug Administration, Food & Nutrition Board, Institute of Medicine,
8  & National Academy of Sciences: Minimum Requirements are: A-900 mg/d, C-90 mg/d,
9  D-15 mg/d, E-15 mg/d, K-120 mg/d, Thiamin-1.2 mg/d, Riboflavin-1.3 mg/d, Niacin-16 mg/d,
10  B6-1.3 mg/d, Folate-400 μg/d, B12-2.4 μg/d(this vitamin is only derived from animals
11  & violates Vegan religious strictures. Our "fortified" juice packets contain this vitamin
12  specifically because it's an essential vitamin), Pantothetic Acid-5 mg/d, Biotin-30
13  μg/d, Choline-550 mg/d, Calcium-1,000 mg/d (this mineral's derived from ground animal
14  bones, also contained in the "fortified" juice packets given to all inmates & violates
15  Vegan religious strictures), Chromium-25 μg/d, Copper-900 μg/d, Fluoride-4
16  mg/d, Iodine-150 μg/d, Iron-18 mg/d, Magnesium-420 mg, Manganese-1.8 mg/d,
17  Molybdenum-45 μg/d, Phosphorus-700 mg/d, Selenium-55 μg/d, Zinc-11 mg/d. Many of
18  these vitamins & minerals are not in any Vegan/CFM's at all, which causes long term
19  health degeneration. Especially not receiving 60 grams of daily proteins made
20  up of the 8 essential amino acids needed to build, maintain, & repair the nerves,
21  ligaments, tendons, muscles, & joint spacing within the body. Collagen's critical in
22  maintaining cartilage, & inmates receive none. Nor do inmates on the CFM receive
23  the minerals cobalt, chloride, potassium, or sulfur. 14) According to ADC Dept.
24  Order 117.1.1.1 the Contract Facility Health Administrator (hereafter "CFHA"),
25  Amber Puckett, is tasked with the "administrative oversight of inmate health
26  care, which shall include diagnosis; care & treatment; prevention & educa-
27  tion in the areas of physical, mental, dental, environmental health, clinical dietetics,
28  & nutrition." This's done once a week with the institution Warden, & must

1. publish minutes of each monthly Medical Advisory Committee Meeting & prov-
2. ide copies to all attendees & the Assistant Director for Health Services Contract
3. Monitoring Bureau-117, 3.2. Which means that it is Pucketts job to not only
4. review & approve meal plans for the inmate population, including CFM's, but
5. to regularly inspect & train staff in order to correct deficiencies. Plaintiff
6. did his Grievance exhaustion from 11-3-2020 through 12-11-2020 with-
7. out result. No reasonable professional charged with maintaining the
8. health of inmates & providing both weekly & monthly reports on these issues
9. could not have been aware. Especially considering that Plaintiff notified
10. the CFHA, Puckett, about these issues through submitting a Health Nee-
11. ds Request (HNR) during Hunger Strike on 3-14-2021. Issues of shorting
12. CFM remains ongoing to date. 15) Plaintiff's ongoing health care issues of
13. lack of nutrition, lack of dental care, & lack of health care can be found
14. in Complaints CV-20-01288, 01287, & 01286-PHX-DLR(JFM) respectively. All of
15. which are directly affected by general lack of dietary nutrition. 16) Dr.
16. Cate Shanahan's EBNS has proven a direct causal link between vegetable
17. & seed oils added to all processed foods (which are in every single food item
18. given/sold to inmates by Defendants in ADC) are literally poisons that act over
19. years & cause preventable diseases & premature deaths. High carbohydrate/
20. refined grain diets (as the Vegan CFM is) are proven to cause various cancers,
21. heart disease, diabetes, Osteoarthritis, Atherosclerosis, high/low blood pressure,
22. low immune function, autoimmune deficiencies/diseases, reduced longevity, chronic
23. pain, Osteoporosis, dimentia, cognitive decline, memory loss, sleep deprivation, Alz-
24. heimer's disease, & so very much more. Costing society & prisons hundreds of
25. millions in this state per year. It's cheaper to invest in healthy, all natural, whole
26. foods diets & EBNS education. 17) Defendants have shorted Plaintiff's CFM since it
27. began on 8-1-2020, causing decreased nutrition, deterioration of Plaintiff's
28. existing joint, ligament, tendon, muscle, & bone cyst health issues, spreading

1. of existing dental infection exponentially, pre-diabetic symptoms, severe joint pain
2. increase, & deprivation of nutritious food due to shortages of Plaintiff's "fortified"
3. juice packets, proteins in beans & peanut butter, total taking of fruits (which have
4. key vitamin & mineral content) arbitrarily as punishment for being in Max Custody
5. (only Max Custody inmates are denied fruits), which violates both the 8th & 14th
6. Amendments of the Constitution. 18) Knop v. Johnson, 667 F. Supp. 512, 525 (W.D. Mich. 1987),
7. aff'd in pertinent part, 977 F.2d 996, 1000 (6th Cir. 1992); Keenan v. Hall, 83 F.3d 1083,
8. 1091 (9th Cir. 1996), amended, 135 F.3d 1318 (9th Cir. 1998); Leeds v. Watson, 630 F.2d 674, 676
9. (9th Cir. 1980); Rust v. Grammer, 858 F.2d 411, 414 (8th Cir. 1988); Waring v. Meachum, 175 F. Supp.
10. 2d 230, 239-40 (D. Conn. 2001); Benjamin v. Fraser, 343 F.3d 35, 56 (2nd Cir. 2003). 19) Due
11. to the extensive ongoing nature of Defendants' abuses, continuing from case #
12. CV-20-01288-PHX-DLR(JFM), & clear disregard of state & federal laws, rules,
13. & regulations regarding inmate nutritional health, Plaintiff requests class
14. certification, appointment of counsel to represent both class & Plaintiff, &
15. the professional work addresses of every single above listed expert/Doctor
16. so that Plaintiff may write & ask them to donate some of their time to
17. help improve nutrition within ADC as potential expert witnesses. ADC will
18. not allow Plaintiff to access non-legal addresses. Please & thank you. 20)
19. Plaintiff also seeks to have Cleveland Yarrow Cook #207197, Dino Joseph
20. Bennetti #085442, Steven A. Benavidez #190410, Matt Lester #262478, & all
21. inmates currently on the Common Fare Meal to be listed as Co-Plaintiffs in
22. this suit once they file their own Complaints, please. Elias M.N. Holguin #
23. 242753, Johnny Portillo #168816, & Tonatihu Aguilar #164186 are all filing on
24. shorting of their regular meals by Defendants, & do wish to later be joined
25. to this suit once their Complaints have been filed. Plaintiff does expect
26. numerous other Plaintiffs to file still who're unknown to this Plaintiff. 21) All
27. monetary damages are solely sought for listed Plaintiff(s) only; each must
28. also individually qualify for claimed damages. Remaining relief is for all in ADC

## COUNT II

1. State the constitutional or other federal civil right that was violated: _1st Amendment: Freedom of Religion; Equal Protection; Due Process; Failure to Protect; Deliberate Indifference._

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☑ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1) Plaintiff's an approved & recognized member of the Wiccan faith. Has been since 4-15-2005 in ADC. And practicing since age 14. Plaintiff's now 38 yrs. old. 2) On 3-31-2007 Plaintiff was approved as an Ovo-Lacto Vegetarian Diet (allows both egg & dairy products as a part of Wiccan faith requirements); forced against my will to become Lacto only Vegetarian in 2008 by ADC Director's Order; forced to be Vegan in 2012 by ADC Director's Order (violating Plaintiff's freedom of religion to consume egg & dairy products); forced to become a Common Fair Meal diet (combines both Vegan & Kosher diets, religious diets) against my will on 8-1-2020 by Director's Order again. 3) All is/has been done solely to condense meals, make them cheaper, serving no penological security interest, & violating the very real religious differences between Pagan (Wiccans are a type of Pagan, meaning Nature & Pantheistic believers) & Jewish doctrines. Yahweh (the unpronounceable Jewish name of God, known as the Tetragrammaton) is explicitly clear in the Jewish Torah (first 5 books of the Old Testament to Christians). To His faith we're all unbelievers, & therefore devil/satan worshipers, worthy only of being stoned, burnt, punished, run out of society, harshly dealt with, even murdered before going to Hell. All of this's clearly outlined, explicitly, in the Talmud & Torah. To force me to have to consume food blessed by the Rabbi of such a deity is beyond offensive. This is the same deity who literally destroyed Sodom & Gomora, all human beings save 7 people (Noah & family) because he wasn't getting his way, etc. He's a child throwing a tempertantrum, maniacle

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Denial of freedom to practice sincerely held religious beliefs indefinitely as defined by the U.S. Constitution, Religious Land Use & Institutionalized Persons Act, Religious Freedom Restoration Act & Wiccan tradition of using eggs, milk, & honey as offerings in rituals to call upon the deities, Fey folk (faery) use to maintain health, homeopathic healing, & fertility rites essential to Wiccan faith.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

4-A

1 overlord, psychopath, pick your poison - he's a serial killer who demands love & obed-
2 ience, subservient women, dominance over Nature, or else. I have no deities like him or
3 his followers/believers. This creates a situation which clearly violates my Constitutional
4 rights guaranteed by the 1st & 14th Amendments. 14) Plaintiff's prohibited from having,
5 receiving, purchasing, or consuming egg & dairy products, expressly, by ADC policy or I
6 lose my religious diet. All animal products are prohibited to Vegans, period. This is
7 in violation of my own faith, reasons I gave to obtain the Ovo-Lacto Vegetarian
8 Diet I signed up for in 2007, & represents a continuing & ongoing series of injuries
9 perpetrated upon Plaintiff by Defendants deliberately, & is permanent. All solely
10 in furtherance of drumming religious diets off their diets, which records prove
11 has been overwhelmingly successful, & thereby reduce costs & increase profits. Egg,
12 dairy, & honey are critical to my faith's practice (as is outlined in the Wiccan book
13 titled Sabbats by Edain McCoy) & to real nutrition of key/essential vitamins &
14 minerals as evidenced in EBNS. 15) Eggs, dairy, & honey are critical to my faith as
15 offerings to the Goddesses & Gods, sacred entities, gnomes, sprites, undines,
16 elves, dwarves, dragons, Green-Men, spirits, etc., etc. This clearly violates my rights
17 to practice under the Constitution, & not have a Rabbi blessing my food in the
18 name of his deity, with of said prayers/blessings' attendant protections/harms
19 against Pagans/Wiccans (to them we're all devil worshipers) like myself. ADCRR,
20 Trinity, & Keefe are literally determining my faith & how I practice it. Serving
21 no penological security interest. See Employment Division v. Smith, 494 U.S.
22 872, 877, 110 S.Ct. 1595 (1990); Braunfeld v. Brown, 366 U.S. 599, 603, 81 S.Ct. 1144 (1961);
23 Cruz v. Beto, 405 U.S. 319, 322 n.2, 92 S.Ct. 1079 (1972); 42 U.S.C. § 2000 cc-5(7)(A).
24 42 U.S.C. § 2000 bb-2(4).; Nelson v. Miller, 570 F.3d 868, 878-79 (7th Cir. 2009);
25 Williams v. Bitner, 359 F.Supp. 2d 370, 376 (M.D. Pa. 2005).
26
27
28

## E. REQUEST FOR RELIEF

State the relief you are seeking: Defendants are sued in official & individual capacities. Plaintiff seeks declaratory & injunctive relief in the forms of whole, all natural foods, without dyes, chemical or synthetic additives, with the advisory of all listed experts/scientists in Count One, discontinuation of all processed foods, minimum nutrition by said experts/scientists/Dr.'s in accord with seperate Ovo-Lacto Vegetarian & Kosher diets, rich in healthy fats, extra virgin olive oil, Omega 3's, nuts & seeds, 8 four oz servings daily of vegetables & fruits, 60 or more grams of protein daily, antioxidant foods, cruciferous vegetables, all prepared in accordance with safe faith requirements, not corporate or institutional, & PET, SPECT, CT, MRI, fMRI, EEG, EKG & CAT scans to determine long term effects of diets to date. Punitive damages of $30,000,000 against Defendants, jointly & severally. Compensatory damages of $250,000 per Defendant, jointly & severally. Special Master appointed for 10 yrs. Recovery of all attorneys fees & costs incurred. All binding upon ADC & future providers, too.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/30/2021__
　　　　　　　DATE

_Shauna Voll_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.